IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 3 2006

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

| | | |
|---|---|---|
| JAMES BOYD,<br>  Plaintiff, | )<br>) | Civil Action No. 7:05cv00791 |
| v. | )<br>) | **FINAL ORDER** |
| EDWARD A. BARYEH,<br>  Defendant. | )<br>)<br>) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 3·rd day of January, 2006.

_____
United States District Court Judge